**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| James F. Gorman IV, | Civil File No. 25-cv-01245 (JWB/DTS) |
| Plaintiff, | |
| vs. | **DEFENDANT WOODING'S MOTION TO DISMISS** |
| Trooper Wooding, individually, et al., | |
| Defendants. | |

TO:   Plaintiff James Gorman IV, 375 Highland Street, Weston, MA, 02493.

Defendant Matthew Wooding moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(6) for an Order dismissing Plaintiff's Amended Complaint (ECF No. 6) for failure to state a claim upon which relief can be granted. This motion is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

Dated:  November 10, 2025

KEITH ELLISON
Attorney General
State of Minnesota

 s/ Margaret Jacot
MARGARET JACOT
Assistant Attorney General
Atty. Reg. No. 0346755

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 300-7629 (Voice)
(651) 282-5832 (Fax)
Margaret.Jacot@ag.state.mn.us

ATTORNEY FOR DEFENDANT
MATTHEW WOODING

|#6195069-v1